IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SMP MARKETING, LLC,

     Appellant,

v.

CHILDS FARMS, INC., D/B/A
CHILDS FARMS, LLC, AND
AUTO-OWNERS INSURANCE
COMPANY,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5086

_____/

Opinion filed December 10, 2015.

An appeal from an order of the Department of Agriculture and Customer Services.
Jay Levenstein, Deputy Commissioner, Florida Department of Agriculture.

Steven E. Nurenberg, for Appellant.

Dan R. Stengle, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.